# EXHIBIT 1

I, PAT J. DANIEL, City Secretary of the City of Houston, Texas, do hereby certify that the within and foregoing is a true and correct copy of an excerpt from the Code of Ordinances of the City of Houston, being Section 28-6 of Chapter 28, as the same appears in the records of my office.

WITNESS my hand and the Seal of said City this 8th day of March, 2022.

*[signature]*

Pat J. Daniel
City Secretary

# Chapter 28

## MISCELLANEOUS OFFENSES AND PROVISIONS*

### Sec. 28-1. Obstructing ditches.

It shall be unlawful for any person to throw or deposit in any ditch anything which will in any way obstruct the free flow of water through the same.
(Code 1968, § 28-3)

### Sec. 28-2. Possession of gasoline siphons.

It shall be unlawful for any person to have in his possession upon any public street, alley, sidewalk or other public place within the city limits any rubber hose or any other device which could be used to siphon gasoline out of an automobile.
(Code 1968, § 28-11)

### Sec. 28-3. Possession of missiles.

It shall be unlawful for any person to possess or have in his pocket, hands or about his person any stone, bolt, rock, piece of iron or other missile or hard object with the intent to injure or do harm to any person or to property, or with the intent to commit any unlawful act.
(Code 1968, § 28-14)

### Sec. 28-4. Display or sale of goods in doorway, lobby, etc., of unoccupied buildings.

It shall be unlawful for any person to sell, offer for sale or display, in the doorway, lobby, stairway or entrance of any unoccupied store building or office building in the city, any goods, wares or merchandise.
(Code 1968, § 28-16)

### Sec. 28-5. Notice of guard or watch dogs on premises.

It shall be unlawful to place a guard or watch dog on any premises other than a private residence and private grounds unless notice thereof is given to the police department. Such notice may be accomplished either by giving written notice thereof to the police department or by posting a sign at each entrance to the premises or building. A notice posted on the premises shall be by a sign furnished or approved by the police department and having letters not less than one inch in height and which sign shall state the following:

"WARNING: WATCH DOG ON PREMISES."
(Code 1968, § 28-18.1; Ord. No. 68-1032, § 1, 6-25-68)

### Sec. 28-6. Bands playing in public for contributions.

The playing of bands upon the streets or in other public places in the city, with a view to taking up a collection from the bystanders by someone, for the benefit of the members composing such band, shall be a nuisance and unlawful. Every member of such a band who plays with a view to taking up or having taken up a collection from the bystanders shall be guilty of committing a nuisance; provided, however, this section shall not be construed to apply to religious organizations that conduct their services in the streets or in other public places.
(Code 1968, § 28-27)

Cross reference—Noise, Ch. 30.

### Sec. 28-7. Unattended children in motor vehicles.

(a) A person commits an offense if he, acting with knowledge, intent or criminal negligence, leaves a child in a motor vehicle for longer than five (5) minutes if the child is:

(1) Younger than seven (7) years of age; and

(2) Not attended by an individual who is fourteen (14) years of age or older.

(b) The terms "knowledge," "intent" and "criminal negligence," as used in this section, shall

---

*Charter reference—Police power of city, Art. II, § 16.
Cross reference—Noise, Ch. 30.

Supp. No. 1