# EXHIBIT 3

I, PAT J. DANIEL, City Secretary of the City of Houston, Texas, do hereby certify that the within and foregoing is a true and correct copy of Resolution 1990-64 passed and adopted by the City Council of said City on the 9th day of May, 1990, as the same appears in the records in my office.

WITNESS my hand and the Seal of said City this 7th day of January, 2022.

_____
Pat J. Daniel
City Secretary

City of Houston Resolution No. 90-64

A RESOLUTION REGARDING THE REVITALIZATION OF THE CENTRAL BUSINESS DISTRICT THROUGH THE PROMOTION OF DIVERSE, STREET LEVEL ACTIVITIES DESIGNED TO ATTRACT THE PUBLIC DOWNTOWN.

\* \* \* \* \* \*

WHEREAS, the City of Houston wishes to make its Central Business District a vital core of community activity to further the economic and cultural health and welfare of this City; and

WHEREAS, the City of Houston wishes to provide an enhanced program of pedestrian level activities to promote a vibrant, hospitable, secure and enjoyable atmosphere to attract Houstonians downtown; and

WHEREAS, hosting visitors and conventioneers is of increasing importance in the downtown area since the opening of the George R. Brown Convention Center; and

WHEREAS, the 1990 International Economic Summit to be held July 9-11, 1990, will bring a host of worldwide travelers to the Central Business District and provide a chance to demonstrate the attraction of innovative programs; NOW, THEREFORE,

BE IT RESOLVED BY THE CITY COUNCIL OF THE CITY OF HOUSTON:

Section 1.  That the Mayor and City Council of the City of Houston declare it to be the City's policy to encourage the revitalization of the Central Business District through the promotion of diverse, street level activities designed to attract the public downtown.

Section 2.  To that end, the City Council requests that the Mayor direct City departments to review existing ordinances and various code requirements which might constrain the variety and vitality of street level activities in the downtown area;

Section 3. The City Council requests that the Mayor direct City departments to make recommendations regarding the modification and/or repeal of those designated ordinances and code requirements determined to constrain street activities and whose amendment/repeal will not endanger the health, safety and welfare of the public.

Section 4. The City Council requests that the Mayor direct City departments that the amendmends/repeal of those designated ordinances and code requirements be considered for the area known as the Theater District, the area surrounding the George R. Brown Convention Center and City Parks in the Downtown Business District and be monitored during a trial period to run from June 1 through July 31, after which an evaluation will be made and presented to the City Council.

Section 5. This Resolution shall be passed finally on the date of its introduction and shall take effect immediately upon its passage and approval by the Mayor; however, in the event that the Mayor fails to sign this Resolution within five days after its passage and adoption, it shall take effect in accordance with Article VI, Section 6, Houston City Charter.

PASSED AND ADOPTED this 9th day of May, 19 90.

APPROVED this ____ day of _____, 19 _____.

_____
Mayor of the City of Houston

Pursuant to Article VI, Section 6, Houston City Charter, the effective date of the foregoing Resolution is __MAY 1 5 1990__.

_____
City Secretary

(Requested by Council Members Tinsley and Reyes)

MAY 3 1990

# CITY OF HOUSTON
INTER OFFICE CORRESPONDENCE

93

MAY 09 1990

| | |
|---|---|
| To  Dan Jones | From  Ben T. Reyes |
| | Date  May 3, 1990 |
| | Subject  Request for Posting of Downtown Resolution |

Please have the attached Resolution posted on the Agenda for Wednesday, May 9, 1990. The purpose of the Downtown Resolution is to encourage the revitalization of the Central Business District through the promotion of diverse, street level activities designed to attract the public downtown.

I have enclosed letters of support for the resolution from the Downtown Houston Association, Central Houston and the Theater District.

The Resolution should be placed on the agenda as a joint resolution by myself and Councilmember Tinsley.



RECEIVED MAY 4 1990 CITY SECRETARY

COH e-002951

**WHEREAS**, the City of Houston wishes to make its Central Business District a vital core of community activity to further the economic and cultural health and welfare of this City; and

**WHEREAS**, the City of Houston wishes to provide an enhanced program of pedestrian level activities to promote a vibrant, hospitable, secure and enjoyable atmosphere to attract Houstonians downtown; and

**WHEREAS**, hosting visitors and conventioneers is of increasing importance in the downtown area since the opening of the George R. Brown Convention Center; and

**WHEREAS**, the 1990 International Economic Summit to be held July 9-11, 1990, will bring a host of worldwide travelers to the Central Business District and provide a chance to demonstrate the attraction of innovative programs:

**NOW THEREFORE BE IT RESOLVED** that the Mayor and City Council of the City of Houston declare it to be the City's policy to encourage the revitalization of the Central Business District through the promotion of diverse, street level activities designed to attract the public downtown.

Sec. 1.   To that end, the City Council requests that The Mayor direct City departments to review existing ordinances and various code requirements which might constrain the variety and vitality of street level activities in the downtown area;

Sec. 2.   The City Council requests that The Mayor direct City departments to permit the suspension of those designated ordinances and code requirements determined to constrain street activities and whose suspension will not endanger the health, safety and welfare of the public;

Sec. 3.   The City Council requests that The Mayor direct City departments that the suspension of those designated ordinances and code requirements be confined to areas around downtown hotels and restaurants, to the area known as the Theater District, the area surrounding the George R. Brown Convention Center and City Parks in the Downtown Business District for a trial period to run from June 1 through July 31, after which an evaluation will be made with a view toward continuing the suspension on a permanent basis.

**WHEREAS**, the City of Houston wishes to make its Central Business District a vital core of community activity to further the economic and cultural health and welfare of this City; and

**WHEREAS**, the City of Houston wishes to provide an enhanced program of pedestrian level activities to promote a vibrant, hospitable, secure and enjoyable atmosphere to attract Houstonians downtown; and

**WHEREAS**, hosting visitors and conventioneers is of increasing importance in the downtown area since the opening of the George R. Brown Convention Center; and

**WHEREAS**, the 1990 International Economic Summit to be held July 9-11, 1990, will bring a host of worldwide travelers to the Central Business District and provide a chance to demonstrate the attraction of innovative programs:

**NOW THEREFORE BE IT RESOLVED** that the Mayor and City Council of the City of Houston declare it to be the City's policy to encourage the revitalization of the Central Business District through the promotion of diverse, street level activities designed to attract the public downtown.

Sec. 1. To that end, the City Council requests that The Mayor direct City departments to review existing ordinances and various code requirements which might constrain the variety and vitality of street level activities in the downtown area;

Sec. 2. The City Council requests that The Mayor direct City departments to permit the suspension of those designated ordinances and code requirements determined to constrain street activities and whose suspension will not endanger the health, safety and welfare of the public;

Sec. 3. The City Council requests that The Mayor direct City departments that the suspension of those designated ordinances and code requirements be confined to areas around downtown hotels and restaurants, to the area known as the Theater District, the area surrounding the George R. Brown Convention Center and City Parks in the Downtown Business District for a trial period to run from June 1 through July 31, after which an evaluation will be made with a view toward continuing the suspension on a permanent basis.

Case 4:20-cv-00145   Document 48-3   Filed on 06/21/22 in TXSD   Page 8 of 19



Downtown Houston Association

April 24, 1990

Mr. Ross Allyn
Councilmember Ben Reyes' Office
901 Bagby
Houston, TX  77002

Dear Ross:

    I am writing in support of the Resolution to encourage street ambiance before, during and after the Economic Summit. We are particularly eager to encourage buskers (street entertainers), appropriate street vendors and sidewalk cafes. In many communities around the world, this type of heightened activity increases pedestrianism, retail sales and enhances security.

    We recommend a few minor changes (see attached) and look forward to getting together with you at your earliest convenience to develop a program for these activities.

    Thank you for your efforts.

                                Sincerely,

                                Minnette Boesel
                                President & Executive Director

Attachment

cc:  Bob Eury, Central Houston
     Clark Martinson, Central Houston
     Ange Finn, Theater District
     Eleanor Tinsley, Councilmember

P.S.  Central Houston and the Theater District are
      sending you letters of endorsement today (4/24).

1331 Lamar, Suite 546 • Houston, Texas 77010•713/658-8938

COH e-002954

April 24, 1990

Mr. Ross Allyn
Aide to Councilman Ben Reyes
City of Houston
Post Office Box 1562
Houston, Texas 77251

Dear Ross:

I am writing in support of your resolution to stimulate positive street life in downtown Houston by permitting street vendors and street entertainers in designated areas.

This action aggressively addresses many of the concerns mentioned by Theater District audiences in our recent survey. We are excited to anticipate the improvements in downtown that can be made by instituting a vibrant program of street activity.

In the Theater District, we anticipate encouraging street performers to perform for before- and after-theater crowds. We also envision vending along the lines of artists' markets, where local artists will display their work for sale, and vending carts where the theaters can sell their promotional items.

We intend to work with the City and the surrounding properties to insure that performers and vendors enhance the image of the Theater District and downtown.

Regards,

Ange D. Finn
Director

ADF:ala

1100 Louisiana
Suite 1850
Houston, Texas
77002
713.650.1470
FAX 650.1484



Central Houston, Inc.
1100 Louisiana, #1850
Houston, Texas 77002
(713) 650-1470
FAX (713) 650-1484

Chairman
E. William Barnett

President
Robert M. Eury

Board of Directors
Donald R. Andrus
D. Kent Anderson
J. Evans Attwell
James W. Berry
Jack S. Blanton
Philip J. Carroll
John T. Cater
Robert Cizik
Robert J. Cruikshank
Charles W. Duncan, Jr.
James L. Dunlap
J. Cliff Eason
James A. Elkins, Jr.
C. Richard Everett
H. Devon Graham, Jr.
Antony Harbour
Gerald D. Hines
Lee W. Hogan
Howard W. Horne
Richard J.V. Johnson
Don D. Jordan
James L. Ketelsen
Raymond Khoury
Kenneth L. Lay
Frank Maresh
Marvin G. Marshall
Randal B. McDonald
Rev. J. Pittman McGehee
Charles Miller
Carroll W. Phillips
J. Hugh Roff, Jr.
Alexander F. Schilt
Marc J. Shapiro
Robert Smith, III
William D. Stevens
C. Richard Vermillion, Jr.
Louie Welch

Ex-Officio Member
Joseph H. Allen

Secretary
Jay T. Kolb

Treasurer
Michael O. Walker

April 24, 1990

Mr. Ross Allyn
Aide to Councilman Ben Reyes
City of Houston
Post Office Box 1562
Houston, Texas 77251

Dear Ross:

Central Houston, Inc. wholeheartedly supports the City's initiative to encourage pedestrian-oriented street activities.

We are well aware that Houston's downtown, which has so many advantages, is lacking in this one area. As you know, we coordinate or assist with many projects such as Buffalo Bayou waterfront development, the Theater District, and revitalization of Main Street and Market Square. We recognize the need for positive, directed activities that will enliven the streets of downtown. These programs will also make a contribution to the economic health and growth of Houston's Central Business District.

We will be happy to work with the City in implementing this initiative.

Best regards,

Robert M. Eury
President

RME:ala

COH e-002956

I, PAT J. DANIEL, City Secretary of the City of Houston, Texas, do hereby certify that the within and foregoing is a true and correct copy of Resolution 1990-64 passed and adopted by the City Council of said City on the 9th day of May, 1990, as the same appears in the records in my office.

WITNESS my hand and the Seal of said City this 7th day of January, 2022.

_____
Pat J. Daniel
City Secretary

COH e-002948

City of Houston Resolution No. 90-64

A RESOLUTION REGARDING THE REVITALIZATION OF THE CENTRAL BUSINESS DISTRICT THROUGH THE PROMOTION OF DIVERSE, STREET LEVEL ACTIVITIES DESIGNED TO ATTRACT THE PUBLIC DOWNTOWN.

\*   \*   \*   \*   \*   \*

WHEREAS, the City of Houston wishes to make its Central Business District a vital core of community activity to further the economic and cultural health and welfare of this City; and

WHEREAS, the City of Houston wishes to provide an enhanced program of pedestrian level activities to promote a vibrant, hospitable, secure and enjoyable atmosphere to attract Houstonians downtown; and

WHEREAS, hosting visitors and conventioneers is of increasing importance in the downtown area since the opening of the George R. Brown Convention Center; and

WHEREAS, the 1990 International Economic Summit to be held July 9-11, 1990, will bring a host of worldwide travelers to the Central Business District and provide a chance to demonstrate the attraction of innovative programs; NOW, THEREFORE,

BE IT RESOLVED BY THE CITY COUNCIL OF THE CITY OF HOUSTON:

Section 1.  That the Mayor and City Council of the City of Houston declare it to be the City's policy to encourage the revitalization of the Central Business District through the promotion of diverse, street level activities designed to attract the public downtown.

Section 2.  To that end, the City Council requests that the Mayor direct City departments to review existing ordinances and various code requirements which might constrain the variety and vitality of street level activities in the downtown area;

Section 3.  The City Council requests that the Mayor direct City departments to make recommendations regarding the modification and/or repeal of those designated ordinances and code requirements determined to constrain street activities and whose amendment/repeal will not endanger the health, safety and welfare of the public.

Section 4.  The City Council requests that the Mayor direct City departments that the amendmends/repeal of those designated ordinances and code requirements be considered for the area known as the Theater District, the area surrounding the George R. Brown Convention Center and City Parks in the Downtown Business District and be monitored during a trial period to run from June 1 through July 31, after which an evaluation will be made and presented to the City Council.

Section 5.  This Resolution shall be passed finally on the date of its introduction and shall take effect immediately upon its passage and approval by the Mayor; however, in the event that the Mayor fails to sign this Resolution within five days after its passage and adoption, it shall take effect in accordance with Article VI, Section 6, Houston City Charter.

PASSED AND ADOPTED this 9th day of May, 19 90.

APPROVED this ____ day of _____, 19_____.

_____
Mayor of the City of Houston

Pursuant to Article VI, Section 6, Houston City Charter, the effective date of the foregoing Resolution is  MAY 1 5 1990         .

_____
City Secretary

(Requested by Council Members Tinsley and Reyes)

MAY 3 1990

# CITY OF HOUSTON
INTER OFFICE CORRESPONDENCE

93

MAY 09 1990

To  Dan Jones

From  Ben T. Reyes

Date  May 3, 1990

Subject  Request for Posting of Downtown Resolution

Please have the attached Resolution posted on the Agenda for Wednesday, May 9, 1990. The purpose of the Downtown Resolution is to encourage the revitalization of the Central Business District through the promotion of diverse, street level activities designed to attract the public downtown.

I have enclosed letters of support for the resolution from the Downtown Houston Association, Central Houston and the Theater District.

The Resolution should be placed on the agenda as a joint resolution by myself and Councilmember Tinsley.



RECEIVED MAY 4 1990 CITY SECRETARY

COH e-002951

**WHEREAS,** the City of Houston wishes to make its Central Business District a vital core of community activity to further the economic and cultural health and welfare of this City; and

**WHEREAS,** the City of Houston wishes to provide an enhanced program of pedestrian level activities to promote a vibrant, hospitable, secure and enjoyable atmosphere to attract Houstonians downtown; and

**WHEREAS,** hosting visitors and conventioneers is of increasing importance in the downtown area since the opening of the George R. Brown Convention Center; and

**WHEREAS,** the 1990 International Economic Summit to be held July 9-11, 1990, will bring a host of worldwide travelers to the Central Business District and provide a chance to demonstrate the attraction of innovative programs:

**NOW THEREFORE BE IT RESOLVED** that the Mayor and City Council of the City of Houston declare it to be the City's policy to encourage the revitalization of the Central Business District through the promotion of diverse, street level activities designed to attract the public downtown.

Sec. 1.  To that end, the City Council requests that The Mayor direct City departments to review existing ordinances and various code requirements which might constrain the variety and vitality of street level activities in the downtown area;

Sec. 2.  The City Council requests that The Mayor direct City departments to permit the suspension of those designated ordinances and code requirements determined to constrain street activities and whose suspension will not endanger the health, safety and welfare of the public;

Sec. 3.  The City Council requests that The Mayor direct City departments that the suspension of those designated ordinances and code requirements be confined to areas around downtown hotels and restaurants, to the area known as the Theater District, the area surrounding the George R. Brown Convention Center and City Parks in the Downtown Business District for a trial period to run from June 1 through July 31, after which an evaluation will be made with a view toward continuing the suspension on a permanent basis.

**WHEREAS**, the City of Houston wishes to make its Central Business District a vital core of community activity to further the economic and cultural health and welfare of this City; and

**WHEREAS**, the City of Houston wishes to provide an enhanced program of pedestrian level activities to promote a vibrant, hospitable, secure and enjoyable atmosphere to attract Houstonians downtown; and

**WHEREAS**, hosting visitors and conventioneers is of increasing importance in the downtown area since the opening of the George R. Brown Convention Center; and

**WHEREAS**, the 1990 International Economic Summit to be held July 9-11, 1990, will bring a host of worldwide travelers to the Central Business District and provide a chance to demonstrate the attraction of innovative programs:

**NOW THEREFORE BE IT RESOLVED** that the Mayor and City Council of the City of Houston declare it to be the City's policy to encourage the revitalization of the Central Business District through the promotion of diverse, street level activities designed to attract the public downtown.

Sec. 1.  To that end, the City Council requests that The Mayor direct City departments to review existing ordinances and various code requirements which might constrain the variety and vitality of street level activities in the downtown area;

Sec. 2.  The City Council requests that The Mayor direct City departments to permit the suspension of those designated ordinances and code requirements determined to constrain street activities and whose suspension will not endanger the health, safety and welfare of the public;

Sec. 3.  The City Council requests that The Mayor direct City departments that the suspension of those designated ordinances and code requirements be confined to areas around downtown hotels and restaurants, to the area known as the Theater District, the area surrounding the George R. Brown Convention Center and City Parks in the Downtown Business District for a trial period to run from June 1 through July 31, after which an evaluation will be made with a view toward continuing the suspension on a permanent basis.



April 24, 1990

Mr. Ross Allyn
Councilmember Ben Reyes' Office
901 Bagby
Houston, TX  77002

Dear Ross:

I am writing in support of the Resolution to encourage street ambiance before, during and after the Economic Summit. We are particularly eager to encourage buskers (street entertainers), appropriate street vendors and sidewalk cafes. In many communities around the world, this type of heightened activity increases pedestrianism, retail sales and enhances security.

We recommend a few minor changes (see attached) and look forward to getting together with you at your earliest convenience to develop a program for these activities.

Thank you for your efforts.

Sincerely,

Minnette Boesel
President & Executive Director

Attachment

cc: Bob Eury, Central Houston
    Clark Martinson, Central Houston
    Ange Finn, Theater District
    Eleanor Tinsley, Councilmember

P.S. Central Houston and the Theater District are
     sending you letters of endorsement today (4/24).

1331 Lamar, Suite 546 • Houston, Texas 77010•713/658-8938

COH e-002954

April 24, 1990

Mr. Ross Allyn
Aide to Councilman Ben Reyes
City of Houston
Post Office Box 1562
Houston, Texas 77251

Dear Ross:

I am writing in support of your resolution to stimulate positive street life in downtown Houston by permitting street vendors and street entertainers in designated areas.

This action aggressively addresses many of the concerns mentioned by Theater District audiences in our recent survey. We are excited to anticipate the improvements in downtown that can be made by instituting a vibrant program of street activity.

In the Theater District, we anticipate encouraging street performers to perform for before- and after-theater crowds. We also envision vending along the lines of artists' markets, where local artists will display their work for sale, and vending carts where the theaters can sell their promotional items.

We intend to work with the City and the surrounding properties to insure that performers and vendors enhance the image of the Theater District and downtown.

Regards,

Ange D. Finn
Director

ADF:ala

1100 Louisiana
Suite 1850
Houston, Texas
77002
713.650.1470
FAX 650.1484

COH e-002955



Central Houston, Inc.
1100 Louisiana, #1850
Houston, Texas 77002
(713) 650-1470
FAX (713) 650-1484

Chairman
E. William Barnett

President
Robert M. Eury

Board of Directors
Donald R. Andrus
D. Kent Anderson
J. Evans Attwell
James W. Berry
Jack S. Blanton
Philip J. Carroll
John T. Cater
Robert Cizik
Robert J. Cruikshank
Charles W. Duncan, Jr.
James L. Dunlap
J. Cliff Eason
James A. Elkins, Jr.
C. Richard Everett
H. Devon Graham, Jr.
Antony Harbour
Gerald D. Hines
Lee W. Hogan
Howard W. Horne
Richard J.V. Johnson
Don D. Jordan
James L. Ketelsen
Raymond Khoury
Kenneth L. Lay
Frank Maresh
Marvin G. Marshall
Randal B. McDonald
Rev. J. Pittman McGehee
Charles Miller
Carroll W. Phillips
J. Hugh Roff, Jr.
Alexander F. Schilt
Marc J. Shapiro
Robert Smith, III
William D. Stevens
C. Richard Vermillion, Jr.
Louie Welch

Ex-Officio Member
Joseph H. Allen

Secretary
Jay T. Kolb

Treasurer
Michael O. Walker

April 24, 1990

Mr. Ross Allyn
Aide to Councilman Ben Reyes
City of Houston
Post Office Box 1562
Houston, Texas 77251

Dear Ross:

Central Houston, Inc. wholeheartedly supports the City's initiative to encourage pedestrian-oriented street activities.

We are well aware that Houston's downtown, which has so many advantages, is lacking in this one area. As you know, we coordinate or assist with many projects such as Buffalo Bayou waterfront development, the Theater District, and revitalization of Main Street and Market Square. We recognize the need for positive, directed activities that will enliven the streets of downtown. These programs will also make a contribution to the economic health and growth of Houston's Central Business District.

We will be happy to work with the City in implementing this initiative.

Best regards,

Robert M. Eury
President

RME:ala