UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **ANTHONY BARILLA,** ) | Civil Action No. 4:20-CV-00145 |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Honorable Judge Alfred H. Bennett |
| ) | |
| **CITY OF HOUSTON, TEXAS,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**ORDER**

Pending before the court is the City of Houston's motion for summary judgment against plaintiff Anthony Barilla. Having considered the motion, response, reply, and applicable law, the court is of the opinion that the City's motion should be GRANTED.

It is so ORDERED.

_____   _____
Date                                                                  The Honorable Alfred H. Bennett
                                                                                 United States District Judge