United States District Court
Southern District of Texas
**ENTERED**
October 15, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **ANTHONY BARILLA,** | Civil Action No. 4:20-CV-00145 |
| Plaintiff, | Honorable Judge |
| v. | Alfred H. Bennett |
| **CITY OF HOUSTON, TEXAS,** | |
| Defendant. | |

## ORDER ON UNOPPOSED MOTION TO CONTINUE REMAINING PRETRIAL DEADLINES AND TRIAL DATE

This Court has considered Plaintiff Anthony Barilla's Unopposed Motion to Continue Remaining Pretrial Deadlines and Trial Date. The Court finds that the request is made for good cause. Accordingly, the Court hereby **GRANTS** the motion.

**IT IS THEREFORE ORDERED THAT** all remaining pretrial deadlines and the trial date in this case are stayed until 30 days after the date this Court rules on the Parties' cross-motions for summary judgment.

IT IS SO **ORDERED.**

October 14, 2022
Date

HONORABLE JUDGE ALFRED H. BENNETT
United States District Judge

1