# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

Anthony Barilla

v.                      Case Number: 4:20−cv−00145

City of Houston, Texas

---

## NOTICE OF HEARING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

Status Conference set for 5/10/2024 at 09:00 AM before Judge Alfred H Bennett.

**PLACE**
Courtroom 9A
Houston Division
515 Rusk Avenue
Houston, Texas 77002

Date: March 24, 2024

Nathan Ochsner, Clerk, Clerk
s/ 4 LisaREdwards, Deputy Clerk